UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKEDIN CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>MD RAJU AHAMED and others,<br><br>  Defendants. | Case No. 23-cv-0110 NC<br><br>**ORDER ADDRESSING FILINGS AT ECF DOCKET NOS. 10 AND 11** |

Earlier today some of the parties (plaintiff LinkedIn and defendants MD Raju Ahamed and website SocialBD24) filed a Motion to Approve Consent Judgment (ECF 10) and Proposed Final Judgment (ECF 11). Those parties ask the Court to approve the Consent Judgment between them and to retain jurisdiction to enforce the agreement.

Before acting on these filings, however, the Court needs additional information from LinkedIn as to the status of the claims against defendants Golam Mostafa and website TopSocial24. (As the Court understands it, the claims against these defendants are not included in the proposed Consent Judgment at ECF 10 and 11.) In order for the undersigned Magistrate Judge to have jurisdiction to enter the proposed Consent Judgment, the consent of *all* parties to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c)(1) is required.

Accordingly, LinkedIn is ordered to file a response to this order by March 28, 2023. The response should address the status of the case against defendants Golam Mostafa and website TopSocial24.  Will LinkedIn be pursuing the case further? Have these defendants been served with the complaint and summons? Is there a likelihood that they will file a consent/decline to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c)(1) within the next 30 days?  Should the Court wait on ECF 10 and 11 until the remaining claims are resolved, or is there a reason to rule on them now?  The Court defers ruling on ECF 10 and 11 until after receiving the requested information.

**IT IS SO ORDERED.**

Dated:  March 21, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge